UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| STELLA WHEELER, | Case No. 1:08-cv-530 |
| Plaintiff, | |
| v. | HONORABLE PAUL L. MALONEY |
| THE CITY OF LANSING and DETECTIVE DENNIS WIRTH, | |
| Defendants. | |

## **JUDGMENT**

**Judgment is entered on counts 1, 2 and 3 in favor of the defendants** and against plaintiff.

The court declines supplemental jurisdiction over all other remaining counts.

**IT IS SO ORDERED** this 6th day of January, 2010.

/s/ Paul L. Maloney
Honorable Paul L. Maloney
Chief United States District Judge